| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

MYRON ELDON BUTLER, §
TDCJ 1147687, §
        Plaintiff, §
§
*versus* §     CIVIL ACTION H-10-811
§
W. A. PENDERGRAFF, *et al.*, §
§
        Defendant. §

## Opinion on Dismissal

Myron Eldon Butler sues for civil rights violations. He is in a Texas prison. Butler moves to proceed as a pauper. He has sued about twenty other times in district court, including transfers. The district court dismissed three of these lawsuits as frivolous or for failure to state a claim recognized at law. *Butler v. Dean*, et al., 4:03cv174 (E.D. Tex.); *Butler v. Pendergraff*, 4:09v382 (S.D. Tex.); and *Butler v. UTMB, et al.*, 4:09cv519 (S.D. Tex.). When Butler sued in these other cases, he was held in prison or jail. The district court dismissed these other cases before Butler filed this case.

A prisoner may not bring a case in federal court as a pauper if, while incarcerated, he brought three actions which the court dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Butler's allegations here do not show that he is under imminent danger of serious physical injury.

This complaint is dismissed. 28 U.S.C. § 1915(g). The clerk will send a copy to the District Clerk, 211 West Ferguson, Tyler, Texas 75702, Attention: Manager of the Three-Strikes List.

Signed *March 21*, 2010, at Houston, Texas.

                                                    Lynn N. Hughes
                                               United States District Judge